UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERNON RUBIDOUX,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PAM AHLIN, et al.,<br><br>　　　　　Defendants. | Case No. CV 15-07751 JFW (RAO)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed Plaintiff's Third Amended Complaint ("TAC"), the Motion to Dismiss the TAC filed by Defendant Pam Ahlin ("Defendant"), the Interim Report and Recommendation of the United States Magistrate Judge ("Interim Report"), Plaintiff's Objections, and all other records and files herein. Further, the Court has made a *de novo* determination of those portions of the Interim Report to which objections have been made. The Court is not persuaded by Plaintiff's Objections and hereby accepts and adopts the magistrate judge's findings, conclusions, and recommendations.

　　　　Accordingly, IT IS ORDERED that:

　　　　(1) Defendant's Motion to Dismiss is GRANTED IN PART and Plaintiff's claims against Drs. Pham and Thomas, Defendant Ahlin, and the

Atascadero Defendants are dismissed without prejudice and without leave to amend;

(2) Defendant's Motion to Dismiss is DENIED IN PART as to Plaintiff's claim against Dr. Peterson; and

(3) The magistrate judge shall direct service of process on Dr. Peterson.

DATED: September 8, 2020 _____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE