# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERNON RUBIDOUX,<br><br>  Plaintiff,<br><br>  v.<br><br>PAM AHLIN, et al.,<br><br>  Defendants. | Case No. CV 15-07751 JFW (RAO)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed Plaintiff's Third Amended Complaint ("TAC"), Dkt. No. 97, the Motion to Dismiss the TAC filed by Defendant Dr. Mark Peterson ("Defendant"), Dkt. No. 115, Plaintiff's Opposition, Dkt. No. 117, Defendant's Reply, Dkt. No. 120, the Second Interim Report and Recommendation of the United States Magistrate Judge ("Second Interim Report"), Dkt. No. 122, and all other records and files herein. The time for filing objections to the Second Interim Report has passed and no objections have been received. The Court hereby accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

Accordingly, IT IS ORDERED that:

(1) Defendant's Motion to Dismiss is GRANTED IN PART and Plaintiff's claim for injunctive relief is dismissed as moot;

(2) Defendant's Motion to Dismiss is DENIED in all other respects; and

(3) Defendant shall file an Answer within 14 days of the date of this order.

DATED: February 25, 2021

                                        JOHN F. WALTER
                                        UNITED STATES DISTRICT JUDGE