1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERNON RUBIDOUX,<br><br>   Plaintiff,<br><br>  v.<br><br>PAM AHLIN, et al.,<br><br>   Defendants. | Case No. CV 15-07751 JFW (RAO)<br><br><br>ORDER DISMISSING ACTION |

On April 11, 2022, Plaintiff Vernon Rubidoux ("Plaintiff") filed a document titled "Withdrawal of Complaint." Dkt. No. 177. Plaintiff moves to withdraw his complaint, explaining that he requires expert testimony and does not have the means to hire an expert witness. *Id.* At the Court's direction, Defendant Mark Peterson ("Defendant") filed a response to Plaintiff's request. Dkt. No. 179. Defendant does not oppose Plaintiff's request to withdraw his complaint on terms that the Court "considers proper." *Id.*

The Court construes Plaintiff's request as a request to voluntarily dismiss this action under Federal Rule of Civil Procedure 41(a). Unless all parties stipulate to the dismissal, after an opposing party files an answer or a motion for summary judgment, "an action may be dismissed at the plaintiff's request only by court order, on terms

that the court considers proper." Fed. R. Civ. P. 41(a)(2). "Unless the order states otherwise, a dismissal under this paragraph (2) is without prejudice." *Id.*

Here, the action may be dismissed at Plaintiff's request only by Court order as Defendant has filed an answer and a motion for summary judgment. Defendant does not oppose Plaintiff's request to withdraw his complaint. Defendant also does not request any specific terms or conditions for dismissal. Accordingly, Plaintiff's request to withdraw his complaint is granted.

IT IS ORDERED that this action is dismissed without prejudice under Federal Rule of Civil Procedure 41(a)(2).

DATED: April 27, 2022

JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

2