JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERNON RUBIDOUX,<br><br>   Plaintiff,<br><br>  v.<br><br>PAM AHLIN, et al.,<br><br>   Defendants. | Case No. CV 15-07751 JFW (RAO)<br><br>JUDGMENT |

In accordance with the Order Dismissing Action issued concurrently herewith,

IT IS ORDERED AND ADJUDGED that this action is dismissed without prejudice.

DATE: April 27, 2022

            _____
            JOHN F. WALTER
            UNITED STATES DISTRICT JUDGE